# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Appellee,<br><br>    v.<br><br>PRAKAZREL MICHEL,<br>also known as PRAS MICHEL,<br><br>      Appellant. | No. 25-3116 |

## NOTICE OF APPELLANT'S INTENT TO PROCEED PRO SE

Pursuant to this Court's December 9, 2025 Order, the undersigned counsel hereby gives notice that ArentFox Schiff LLP does not intend at this time to provide representation on appeal.

Mr. Michel has informed ArentFox Schiff LLP that he intends to proceed on appeal pro se. Mr. Michel will notify the Court if he retains ArentFox Schiff LLP or other counsel for the appeal.

Dated:  January 8, 2026             Respectfully submitted,

                                               /s/ *Peter Zeidenberg*
                                         Peter Zeidenberg (Bar No. 440803)
                                         ARENTFOX SCHIFF LLP
                                         1717 K Street, NW
                                         Washington, DC 20006-5344
                                         Telephone: (202) 857-6000
                                         Facsimile:  (202) 857-6395
                                         peter.zeidenberg@afslaw.com