# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3116**                           **September Term, 2025**

**1:19-cr-00148-CKK-1**

**Filed On: March 17, 2026** [2164136]

United States of America,

        Appellee

    v.

Prakazrel Michel, also known as Pras
Michel,

        Appellant

## O R D E R

The notice of appeal was filed on December 4, 2025, and docketed in this court on December 9, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | April 16, 2026 |
| Entry of Appearance Form (Attorneys Only) | April 16, 2026 |
| Transcript Status Report | April 16, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3116**                    **September Term, 2025**

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Scott H. Atchue
Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form