# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-3116**                                        **September Term, 2025**

**1:19-cr-00148-CKK-1**

**Filed On:** March 25, 2026

United States of America,

        Appellee

    v.

Prakazrel Michel, also known as Pras Michel,

        Appellant


**BEFORE:**     Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion for release pending appeal, the response thereto, and the reply, it is

**ORDERED** that the motion be denied.  Appellant has not shown that this appeal presents a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.  18 U.S.C. § 3143(b)(1)(B); United States v. Perholtz, 836 F.2d 554, 555 (D.C. Cir. 1987) (per curiam).

### Per Curiam


                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

        BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk